FILED by **JA** D.C.

**Mar 9, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20128-CR-MARTINEZ/BECERRA**

CASE NO. _____

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)

UNITED STATES OF AMERICA

vs.

EDWIN WHITEHEAD, JR.,

        Defendant.       /

## INDICTMENT

The Grand Jury charges that:

On or about February 3, 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the Defendant,

**EDWIN WHITEHEAD, JR.,**

knowingly possessed a firearm and ammunition in and affecting interstate commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

1.    The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the Defendant, **EDWIN WHITEHEAD, JR.**, has an interest.

2.    Upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), or any other criminal law of the United States, as alleged in this Indictment, the Defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of

such offense, pursuant to Title 18, United States Code, Section 924(d)(1). The property, which is subject to forfeiture, includes, but is not limited to:

    a. One (1) Smith & Wesson pistol, model 469, 9MM bearing serial number TAV5134; and

    b. Eleven (11) rounds of ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

LAUREN A. ASTIGARRAGA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

**EDWIN WHITEHEAD, JR.,**

Defendant /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)           Yes ___  No ___
Number of new defendants   ___
Total number of counts     ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect  _____

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days          ✓             Petty      ___
   II   6 to 10 days         ___           Minor      ___
   III  11 to 20 days        ___           Misdem.    ___
   IV   21 to 60 days        ___           Felony     ✓
   V    61 days and over     ___

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   21-mj-02319-Louis
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of   02/24/2021
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of   _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

_____
LAUREN A. ASTIGARRAGA
ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached                                                  REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: EDWIN WHITEHEAD, JR.

Case No:

Count #: 1

Possession of a Firearm and Ammunition by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)

*Max. Penalty: Ten (10) Years of Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.